IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IRON WORKERS DISTRICT COUNCIL (PHILADELPHIA AND VICINITY) HEALTH BENEFIT PLAN, | ) ) ) ) | |
| Plaintiff, | ) ) | 1:19-cv-642 (LMB/MSN) |
| v. | ) ) | |
| JANSSEN BIOTECH, INC., et al., | ) ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in open court, plaintiffs' Motion to Consolidate Cases [Dkt. No. 3] is GRANTED; plaintiffs' Motion for Appointment of Interim Counsel for the Proposed Class [Dkt. No. 5] and defendants' Consent Motion to Set Date [Dkt. No. 15] are DEFERRED to the transferee court; and it is hereby

ORDERED that this civil action be and is CONSOLIDATED with civil action 1:19-cv-474.

The Clerk is directed to consolidate this civil action with civil action 1:19-cv-474 and to forward copies of this Order to counsel of record.

Entered this 21st day of June, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge